IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARY J. LUTTRELL, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-142 (WLS) |
| JO ANNE BARNHART,<br>Commissioner of Social Security | : |
| Defendant. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 23), filed January 18, 2006. It is recommended that the Commissioner's decision to adopt the ALJ's decision be affirmed pursuant to Sentence Four of § 405(g). Plaintiff filed a timely objection to the Report and Recommendation on February 1, 2006. (Doc. 24).

In his recommendation, the Magistrate Judge found that Plaintiff's application for Supplemental Security Income ("SSI") Benefits, filed in August 2002, was denied initially and upon reconsideration. *Id*.  Upon review of the objective medical record, and Plaintiff's testimony, it was found that the ALJ's findings of fact and conclusions of law based thereupon were supported by substantial evidence. *Id*. It was further found that the AJL relied on the Medical-Vocational Guidelines as a framework for his decision that Plaintiff was not disabled; and that the ALJ concluded that Plaintiff was capable of performing various jobs on the light exertional level based on the testimony of a Vocational Expert. *Id*.  The Magistrate Judge further found that Plaintiff does not

demonstrate good cause as to why new evidence, first submitted to the Appeals Council, merits a remand of this matter pursuant to Sentence Six of 42 U.S.C. § 405(g). *Id*. As the Commissioner's final decision was found to have been supported by substantial evidence and to have been reached through proper application of the legal standards, it is recommended that the same be affirmed. In her objection, Plaintiff reiterates arguments made in her original SSI claim regarding findings of fact made and legal standards applied by the ALJ. (Doc. 24).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 23) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Commissioner's decision to adopt the ALJ decision is **AFFIRMED**.

**SO ORDERED**, this 29th day of March, 2006.

/s/W. Louis Sands  
**W. LOUIS SANDS, CHIEF JUDGE**  
**UNITED STATES DISTRICT COURT**